UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------x
                                 :
BRENDA KAY HILTZMAN,             :
                                 :
         Plaintiff,              :
                                 :
v.                               :    Civ. No. 3:01CV02348(AWT)
                                 :
GENE ROSENBERG ASSOCIATES,       :
                                 :
         Defendant.              :
                                 :
--------------------------- --x
```

### ENDORSEMENT ORDER

    The plaintiff's Motion for Permission to Amend Complaint (Doc. No 32) is hereby GRANTED, over objection. The plaintiff shall file her amended complaint forthwith.

    For the reasons stated by the plaintiff at pages 1-2 of her supporting memorandum (see Doc. No. 33), the plaintiff was justifiably mistaken in her belief that the Gene Rosenberg Associates she should bring suit against was the corporate entity, as opposed to the partnership. In addition, as the court noted in the Endorsement Order dated March 28, 2003, the information provided by Mr. Gene Rosenberg about the ownership and management structure of the entities with which he is affiliated has been less than complete. If Mr. Gene Rosenberg himself cannot be certain about the name and structure of the entities, it would be unfair to penalize the plaintiff because she has not been able to ascertain that information from the person who should know it best. (See, e.g., Dep. of Gene Rosenberg at 7-8.)

The defendant shall, within ten days, file with the court a notice setting forth a definitive statement of the structure of each entity affiliated with Mr. Gene Rosenberg.

It is so ordered.

Dated this 31st of March 2004 at Hartford, Connecticut.

```
           /s/
        Alvin W. Thompson
     United States District Judge
```