01 cv 2348 (mad) dc

FILED

2003 DEC 17 P 12: 56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| BRENDA KAY HILTZMAN | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 301CV2348AWT |
| vs. | : | REQUEST FOR ADJUDICATION |
| GENE ROSENBERG ASSOCIATES, | : | |
| DEFENDANT | : | DECEMBER 16, 2003 |

The plaintiff, Brenda Kay Hiltzman, hereby respectfully requests the Court to adjudicate

said plaintiff's Motion for permission to Amend Complaint dated April 21, 2003.

THE PLAINTIFF

By_____
                NOEL R. NEWMAN
Friedman, Newman, Levy, Sheehan
    & Carolan, P.C.
One Eliot Place
Fairfield, CT 06430
(203) 259-5300
(203) 259-2996 – Fax
Ct. #42750

CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 16th day of December, 2003
to all counsel of record; to wit: Thomas A. Kenefick, III, Esq., 73 Chestnut Street, Springfield,
MA 01103

_____
                NOEL R. NEWMAN

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT    3/30/04