UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA KAY HILTZMAN, | ) | |
|     Plaintiff | ) | CIVIL ACTION NO. 301CV2348AWT |
| | ) | |
| v. | ) | |
| | ) | |
| GENE ROSENBERG ASSOCIATES, | ) | |
|     Defendant. | ) | |

**DEFENDANT'S MOTION FOR CLARIFICATION, RECONSIDERATION AND/OR MODIFICATION OF ORDER DATED MARCH 31, 2004**

The Defendant Gene Rosenberg Associates ("GRA") hereby moves the Court to clarify, reconsider and/or modify part of its order dated March 31, 2004. In support thereof, the Defendant submits the *Memorandum in Support of Defendant's Motion for Clarification, Reconsideration and/or Modification of Order Dated March 31, 2004*.

                                      THE DEFENDANT
                                      GENE ROSENBERG ASSOCIATES

BY: _____
THOMAS A. KENEFICK, III, ESQ.
73 Chestnut Street
Springfield, MA 01103
(413) 734-7000 - telephone
(413) 731-1302 - facsimile
BBO #267620

Date: April 8, 2004.

Certificate of Service

I, Thomas A. Kenefick, III, do hereby certify that on April __, 2004, the foregoing was served on the Plaintiff by U.S. First Class Mail, postage pre-paid, to:

Noel R. Newman, Esq.
Friedman, Newman, Levy, Sheehan & Carolan, P.C.
One Eliot Place
Fairfield, CT 06430

_____
THOMAS A. KENEFICK, III

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA KAY HILTZMAN,<br>　　　　Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 301CV2348AWT |
| v. | )<br>) | **NOTICE OF MANUAL FILING** |
| GENE ROSENBERG ASSOCIATES,<br>　　　　Defendant. | )<br>)<br>) | |

　　The Defendant Gene Rosenberg Associates has manually filed the following document:

*　　*Defendant's Motion for Clarification, Reconsideration and/or Modification of Order Dated March 31, 2004; Memorandum in Support of Motion for Clarification, Reconsideration and/or Modification of Order Dated March 31, 2004* with attached Order Dated March 31, 2004.

　　This document has not been filed in PDF format because the Defendant's counsel is presently learning how to create and save documents in the PDF format, but, as of yet, has not been able to do it. Counsel will file subsequent documents in the PDF format consistent with the Court's rule.

　　The document has been manually served on all parties.

　　　　　　　　　　　　　　　　　　THE DEFENDANT
　　　　　　　　　　　　　　　　　　GENE ROSENBERG ASSOCIATES


　　　　　　　　　　　　　　BY:　_/s/ TK_____
　　　　　　　　　　　　　　　　　　THOMAS A. KENEFICK, III, ESQ.
　　　　　　　　　　　　　　　　　　BBO #267620
　　　　　　　　　　　　　　　　　　73 Chestnut Street
　　　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　　　(413) 734-7000 - telephone
Date: April 8, 2004　　　　　　　　(413) 731-1302 - facsimile

## Certificate of Service

I, Thomas A. Kenefick, III, do hereby certify that on April 8, 2004, the foregoing was served on the Plaintiff by U.S. First Class Mail, postage pre-paid, to:

Noel R. Newman, Esq.
Friedman, Newman, Levy, Sheehan & Carolan, P.C.
One Eliot Place
Fairfield, CT 06430

_____
THOMAS A. KENEFICK, III