UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA KAY HILTZMAN | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 301CV2348AWT |
| vs. | : | OBJECTION TO MOTION FOR CLARIFICATION, RECONSIDERATION AND/OR MODIFICATION |
| GENE ROSENBERG ASSOCIATES, | : | |
| DEFENDANT | : | APRIL 20, 2004 |

The plaintiff, Brenda Kay Hiltzman, hereby objects to the Motion of the defendant, Gene

Rosenberg Associates, to clarify, reconsider and modify the Court's Endorsement Order dated

March 31, 2004. The plaintiff submits the annexed Memorandum in support of its objection.

THE PLAINTIFF

By _____

NOEL R. NEWMAN
Friedman, Newman, Levy, Sheehan
& Carolan, P.C.
One Eliot Place
Fairfield, CT 06430
(203) 259-5300
(203) 259-2996 – Fax
Ct. #42750

CERTIFICATION

This is to certify that a copy of the foregoing Objection and Memorandum was mailed
this 20th day of April, 2004 to all counsel of record; to wit; Thomas A. Kenefick, III, Esq., 73
Chestnut Street, Springfield, MA 01103.

_____

NOEL R. NEWMAN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA KAY HILTZMAN | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 301CV2348AWT |
| vs. | : | MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION FOR CLARIFICATION, RECONSIDERATION AND/OR MODIFICATION |
| GENE ROSENBERG ASSOCIATES, | : | |
| DEFENDANT | : | APRIL 20, 2004 |

The plaintiff, Brenda Kay Hiltzman, hereby submits this Memorandum in Support of her

Objection to Defendant's Motion for Clarification, Reconsideration and/or Modification of

Endorsement Order dated March 31, 2004.

When the defendant's Motion for Summary Judgment was denied by way of

Endorsement Order of the Court dated March 28, 2003, plaintiff was given thirty days to amend

her Complaint indicating that the "information provided to date by Mr. Gene Rosenberg about

the ownership and management structure of the entities involved in the events on which the

plaintiff's claim is based, has been less than complete".

Despite the Court's order that the plaintiff be permitted to amend her Complaint, the

defendant, Gene Rosenberg Associates filed lengthy opposition to the Motion for Permission to

amend along with annexed exhibits.

The Endorsement Order of the Court dated March 31, 2004 allowing plaintiff's Motion

for Permission to Amend simply reflects the earlier statement by the Court in its endorsement

order of March 28, 2003 and simply requires Mr. Rosenberg to provide accurate and correct

information about the operability and management structure of the involved units as related to the facts of the within matter.

The "wrangling" over the pleadings in this case has been long and protracted and, quite frankly, it is the feeling of the undersigned, as plaintiff's counsel, that the parties be permitted to move forward in regard to the facts and merits of the matter itself.

THE PLAINTIFF

By _____

NOEL R. NEWMAN
Friedman, Newman, Levy, Sheehan
  & Carolan, P.C.
One Eliot Place
Fairfield, CT 06430
(203) 259-5300
(203) 259-2996 – Fax
Ct. #42750