39

01cv2348mclar

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRENDA KAY HILTZMAN,        )
        Plaintiff   )    CIVIL ACTION NO. 301CV2348AWT
                     )
v.                          )
                     )
GENE ROSENBERG ASSOCIATES,  )
        Defendant.  )

**DEFENDANT'S MOTION FOR CLARIFICATION, RECONSIDERATION AND/OR
MODIFICATION OF ORDER DATED MARCH 31, 2004**

The Defendant Gene Rosenberg Associates ("GRA") hereby moves the Court to clarify, reconsider and/or modify part of its order dated March 31, 2004. In support thereof, the Defendant submits the *Memorandum in Support of Defendant's Motion for Clarification, Reconsideration and/or Modification of Order Dated March 31, 2004.*

                THE DEFENDANT
                GENE ROSENBERG ASSOCIATES

BY: _____
THOMAS A. KENEFICK, III, ESQ.
73 Chestnut Street
Springfield, MA 01103
(413) 734-7000 - telephone
(413) 731-1302 - facsimile
BBO #267620

Date: April 8, 2004.

DENIED. The court's order reflects the fact that a major impediment to progress in this case is the lack of specificity by Mr. Gene Rosenberg and his counsel about the ownership and management structure of the entities with which Mr. Gene Rosenberg is affiliated. Ordinarily, the court could rely on the parties and counsel to make sure that the relevant information is exchanged. That has not happened here. If a satisfactory response to the court's order is not filed within 10 days, Mr. Gene Rosenberg will be ordered to appear in court to submit to questioning, and to bring all pertinent records. It is so ordered.

Alvin W. Thompson, U.S.D.J.        Hartford, CT    2/4/2005