UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                          :
BRENDA KAY HILTZMAN,          :
        Plaintiff       :     Civ. No. 3:01CV02348(AWT)
                                          :
v.                                    :
                                          :
GENE ROSENBERG ASSOCIATES,  :
        Defendant.       :
_____:

**NOTICE: DEFINITIVE STATEMENT OF THE STRUCTURE OF
EACH ENTITY AFFILIATED WITH MR. GENE ROSENBERG**

Pursuant to the Court's February 4, 2005 order, the following are the furniture-business related entities with which Gene Rosenberg is affiliated:

1. GRA Associates, LLC: (formerly Gene Rosenberg Associates [partnership]) Mr. Rosenberg is a member owning 75%.

2. Planned Furniture Promotions, Inc.: Mr. Rosenberg is a 75% shareholder.

3. (Prior to January 31, 2005) Bob's Discount Furniture, Inc. Mr. Rosenberg owned 40%.

4. (Prior to January 31, 2005) Furniture North, LLC: Mr. Rosenberg owned 7 ½ % and the Rosenberg Family Trust owned 7 ½ %.

5.  (Prior to January 31, 2005) Bob's Discount Furniture of Massachusetts, LLC: Mr. Rosenberg owned 12 ½ %, while the Rosenberg Family Trust GST owned 12 ½ %.

6.  (As of January 31, 2005) BDF Holdings, Inc.: Mr. Rosenberg owns 40%.  BDF Holdings, Inc. owns 15.394% of Bob's Discount Furniture Holdings I, LLC, and 52.554% of Bob's Discount Furniture Holdings II, LLC.  Bob's Discount Furniture Holdings I, LLC owns 99% of the operating company for the furniture retail business.  Bob's Discount Furniture Holdings II, LLC owns 1% of the operating company.

7.  (As of January 31, 2005) BDF Holdings 1, LLC: Mr. Rosenberg owns 1.446%.

8.  (As of January 31, 2005) BDF Holdings 2, LLC: Mr. Rosenberg owns 4.936%.

9.  Rosenberg Family Trust: Mr. Rosenberg is a grantor.  The RFT owns .437% of BDF Holdings 1, and 1.491% of BDF Holdings 2.

10. Rosenberg Family Trust GST: Mr. Rosenberg is a grantor.  The RFT GST owns 1.009% of BDF Holdings 1, LLC, and 3.445% of BDF Holdings 2, LLC.

11. GRA, Inc.: Mr. Rosenberg owns 75%.

12. IMP Distributors, LLC.: Mr. Rosenberg owns 26 ½ %.

13. RAKG Partners, Inc.: Mr. Rosenberg owns 50%.

14. Furniture 'N Things Auction House, Inc.: Mr. Rosenberg owns 50%.

                                            THE DEFENDANT
                                            GENE ROSENBERG ASSOCIATES


BY: _____
THOMAS A. KENEFICK, III
73 Chestnut Street
Springfield, MA 01103
(413) 734-7000 - Telephone
(413) 731-1302 - Facsimile
Conn. Juris #01749

Date: February 10, 2006.

## Certificate of Service

I, Thomas A. Kenefick, III, do hereby certify that on February ___, 2006, the foregoing was served on Noel Newman, Esq., One Elliot Place, Fairfield, CT 06430.


_____
THOMAS A. KENEFICK, III