**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
BRENDA KAY HILTZMAN,           :
                               :
         Plaintiff,            :
                               :
v.                             :    Civ No. 3:01CV02348(AWT)
                               :
GENE ROSENBERG ASSOCIATES,     :
                               :
         Defendant.            :
                               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_    A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_\_    A ruling on the following motion(s), which is/are currently pending:(orefm.)

  X    A settlement conference (orefmisc./cnf)
- <u>The settlement conference shall be held after the completion of discovery but prior to the deadline for filing of a joint trial memorandum.</u>

\_\_\_\_\_    A conference to discuss the following: (orefmisc./cnf)

    SO ORDERED this 14th day of February 2006 at Hartford, Connecticut.

                                                              /s/
                                             Alvin W. Thompson
                                  United States District Judge