## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
---------------------------------x
                                 :
BRENDA KAY HILTZMAN,             :
                                 :
        Plaintiff,               :
                                 :
v.                               :    Civ No. 3:01CV02348(AWT)
                                 :
GENE ROSENBERG ASSOCIATES,       :
a Connecticut Corporation,       :
                                 :
        Defendant.               :
                                 :
---------------------------------x
```

### SCHEDULING ORDER

The following schedule is hereby entered with the consent of the parties:

1. The deadline for propounding initial discovery (i.e., interrogatories, requests for admission, document production, etc.) shall be March 15, 2006.  The deadline for the parties to respond to initial discovery requests shall be May 15, 2006.

2. The deadline for the parties to file motions to compel shall be June 1, 2006.

3. The deadline for the parties to complete any depositions shall be July 15, 2006.

4. The deadline for the parties to file dispositive motions expired on August 15, 2003.

It is so ordered.

Dated this 14th day of February 2006 at Hartford, Connecticut.

```
                              _____/s/_____
                               Alvin W. Thompson
                          United States District Judge
```