UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRENDA KAY HILTZMAN,<br>    Plaintiff | CIVIL ACTION NO. 301CV2348AWT |
| v. | |
| GENE ROSENBERG ASSOCIATES,<br>    Defendant | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Settlement Agreement, the parties hereby stipulate to a dismissal of this action in its entirety with prejudice.

Dated: May 17, 2006

| THE PLAINTIFF<br>BRENDA KAY HILTZMAN,<br>by her attorney | THE DEFENDANT<br>GENE ROSENBERG ASSOCIATES<br>By its attorney |
|---|---|
| _____<br>NOEL R. NEWMAN<br>Friedman, Newman Levy & Sheehan<br>One Elliot Place<br>Fairfield, CT 06824<br>CT BAR NO. 42750<br>(860) 259-5300<br>(860) 259-2996 - facsimile | _____<br>THOMAS A. KENEFICK, III<br>73 Chestnut Street<br>Springfield, MA 01103<br>CT. BAR NO. 01749<br>(413) 734-7000 - telephone<br>(413) 731-1302 - facsimile |